JOHN L. STEINBUGLER, *v.* WILLIAM C. ATWATER & CO., INC., Appellant.

Argued October 28, 1942; decided January 14, 1943.

*Joseph M. Proskauer, Frederick E. Crane, Eugene Eisenmann* and *Henry S. Miller* for appellant.

*Joseph S. Robinson, John W. Davis* and *John P. McGrath* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.